CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
12/13/2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ROBERT BLANKENSHIP,** | |
| Plaintiff, | Case No. 1:24CV00045 |
| v. | **ORDER** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | JUDGE JAMES P. JONES |
| Defendant. | |

On November 1, 2024, the magistrate judge submitted a Report and Recommendation (Report) on the plaintiff's Petition to Proceed Without Prepayment of Fees and Costs (Petition). No objection has been timely filed to the Report. Accordingly, it is **ORDERED** as follows:

1. The Report is fully accepted;

2. The Petition is DENIED; and

3. In the event the proper fees and costs are not paid within 14 days of this date, the case shall be dismissed without prejudice.

ENTER: December 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge