CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

December 30, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **ROBERT BLANKENSHIP,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24CV00045 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK BISIGNANO,** | ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report and Recommendation (Report) filed December 12, 2025, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. The Commissioner's decision denying benefits is AFFIRMED.

A final judgment will be entered herewith.

ENTER: December 30, 2025

/s/ JAMES P. JONES
Senior United States District Judge