CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
December 30, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **ROBERT BLANKENSHIP,** | ) | |
| Plaintiff, | ) | Case No. 1:24CV00045 |
| v. | ) | **JUDGMENT** |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED. The Clerk shall close the case.

ENTER: December 30, 2025

/s/  JAMES P. JONES
Senior United States District Judge